UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT GARCIA,<br>Plaintiff,<br>v.<br>ROWAN WILSON, et al.,<br>Defendants. | No. 2:26-cv-2516 DC AC PS<br><br><u>ORDER</u> |

On July 20, 2026, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On July 28, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff has not filed an amended complaint, and the time to do so has passed.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than September 15, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: August 31, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE