UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT GARCIA, Plaintiff, v. ROWAN WILSON, et al., Defendants. | No. 2:26-cv-2516 DC AC (PS) FINDINGS AND RECOMMENDATIONS |

On July 20, 2026, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On July 28, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff did not file the anticipated amended complaint. On September 1, 2026, the undersigned ordered plaintiff to show cause, in writing, no later than September 15, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. Plaintiff did not respond.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v.

Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 17, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE